**The motion is granted.  A status report on the remainder of Debtor's objection shall be filed by Debtor on or before August 1, 2018, after which the Court will determine whether to schedule a hearing.**



**SO ORDERED.**
**SIGNED this 5th day of July, 2018**

_____
Suzanne H. Bauknight
UNITED STATES BANKRUPTCY JUDGE

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

_____

*IN THE UNITED STATES BANKRUPTCY COURT*
*FOR THE EASTERN DISTRICT OF TENNESSEE*
*NORTHERN DIVISION AT KNOXVILLE*

IN RE:

| | |
|---|---|
| **PAMELA JO HAGSTROM** | Case No. **3:16-bk-31214-SHB** |
| fka **PAMELA JO YOUNT** | Chapter 7 |
| fka **PAMELA JO MENDOZA** | |
| **Debtor.** | |

## ORDER APPROVING COMPROMISE OF DISPUTE

Michael H. Fitzpatrick, trustee, moved the Court for authority to settle a claim of the estate. Notice to creditors and other parties in interest of the compromise were made pursuant to E.D. Tenn. LBR 9013-1(f). An objection was filed on June 27, 2018 by the debtor, and a hearing was heard on the matter on June 28, 2018. At the hearing, Ryan E. Jarrard appeared on behalf Michael H. Fitzpatrick, Chapter 7 Trustee; John Newton appeared on behalf of the debtor; Dean B. Farmer appeared on behalf of Upright Law LLC, Grace Gardiner, Law Solutions Chicago, LLC, Angelo Solis, Jacob Brown, and Matt Sheehan; and Nick Foster appeared on behalf of the United States Trustee Office. At the hearing the parties announced that there was no objection to the amount of the settlement or to the settlement of the estate's claims against Upright Law LLC, Grace Gardiner,

Law Solutions Chicago, LLC, Angelo Solis, Jacob Brown, and Matt Sheehan. The only remaining dispute between the trustee and the debtor was the debtor's interest, if any, in the settlement proceeds.

It is hereby ordered that the estate is hereby allowed to complete the proposed settlement with Upright Law LLC, Grace Gardiner, Law Solutions Chicago, LLC, Angelo Solis, Jacob Brown, and Matt Sheehan (hereinafter the "Upright Law defendants") for $8,500.00. It is further ordered that the trustee shall hold the settlement proceeds in trust until the objection of the debtor can be resolved by an additional order of this court. Finally, the estate is hereby ordered to dismiss the pending appeal before the United States Court of Appeals for the Sixth Circuit, bearing the caption *Michael Fitzpatrick v. Law Solutions Chicago, LLC, et. al.,* No. 18-5349 as all matters in controversy between the bankruptcy estate and the Upright Law defendants included in the adversary or that could have been brought in the adversary by the Chapter 7 Trustee are settled and hereby dismissed.

###

**APPROVED FOR ENTRY:**

*/S/ Ryan E. Jarrard*
Ryan E. Jarrard, BPR No. 024525
Attorney for Michael H. Fitzpatrick, Trustee
**QUIST, FITZPATRICK & JARRARD, PLLC**
2121 First Tennessee Plaza
Knoxville, TN 37929-9711
Phone:  865-524-1873 ext. 222
rej@qcflaw.com


*/S/ John Newton*
John P. Newton, BPR No. 010817
Richard M. Mayer, BPR No. 5534
Attorney for Debtor
**LAW OFFICES OF MAYER & NEWTON**

1111 Northshore Drive, Suite S570
Knoxville, TN 37919
Phone: 865-588-5111
mayerandnewton@mayerandnewton.com